IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

RODERICK HOWARD,                          *

         Petitioner,                      *

vs.                                       *
                                                 CASE NO. 4:05-CV-121 (CDL)
TODD THOMAS, Warden,                      *

         Respondent.                      *

                                          *

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 24, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

The Government's motion to file an out of time response to Petitioner's Objections (Doc. 20) is denied as moot.

IT IS SO ORDERED, this 27th day of February, 2006.

                                        S/Clay D. Land
                                          CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE